**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Donald BAKER, Defendant–Appellant.**

**No. 05–15063**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 11, 2006.

David Paul Rhodes, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

R. Fletcher Peacock, Maria Guzman, Tampa, FL, for Defendant–Appellant.

Before ANDERSON, BIRCH and HILL, Circuit Judges.

PER CURIAM:

Tracy Dreispul, counsel for Donald Baker in this direct criminal appeal, has moved to withdraw from further representation of appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Baker's convictions and sentences are **AFFIRMED.**